UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAURA CONTE,<br><br>Plaintiff,<br><br>v.<br><br>ANASAZI MEDICAL PAYMENT SOLUTIONS INC. D/B/A ADVANCED MEDICAL PRICING SOLUTIONS; CIMARRON HEALTHCARE CAPITAL; JAMES NADAULD.<br><br>Defendants. | CIVIL ACTION<br>NO. 24-10605-WGY |

YOUNG, D.J.                                            September 19, 2024

**ORDER**

On March 11, 2024, Plaintiff Laura Conte ("Conte") filed this suit against Anasazi Medical Payment Solutions Inc. D/B/A Advanced Medical Pricing Solutions ("AMPS"), Cimarron Healthcare Capital, and James Nadauld.  Compl., ECF No. 1.  On June 14, 2024, AMPS filed an answer to Conte's complaint and brought a counterclaim against Conte for breach of the parties' employment agreement.  Def. AMPS's Answer & Countercl., ECF No. 10.

On June 21, 2024, Conte filed a special motion to dismiss AMPS's counterclaim pursuant to Massachusetts's "Anti-SLAPP" statute, M.G.L. ch. 231, § 59H.  Moving Party Conte's Special Mot. Dismiss Non-Moving Party AMPS's Counterclaim on the Basis

of the Anti-SLAPP Statute, ECF No. 15.  On the same day, Conte also filed a motion to dismiss AMPS's counterclaim for failure to state a claim under 12(b)(6) and invoked the application of the litigation privilege.  Pl.'s Mot. Dismiss Def. AMPS's Countercl. for Failure to State a Claim, ECF No. 17.  The parties fully briefed both motions.  Moving Party Conte's Mem. Supp. Special Mot. Dismiss Non-Moving Party AMPS's Countercl. on the Basis of the Anti-SLAPP Statute, ECF No. 16; Pl.'s Mem. Supp. Mot. Dismiss Def. AMPS's Countercl. with Prejudice for Failure to State a Claim, ECF No. 18; AMPS's Omnibus Opp'n to Pl.'s Anti-SLAPP Special Mot. Dismiss and Pl.'s Mot. Dismiss Countercl., ECF No. 22.

On September 17, 2024, this Court held a hearing on Conte's two motions.  Based on the parties' briefing and oral argument, this Court **DENIED** Conte's Anti-SLAPP motion **[ECF No. 15]** and **DENIED** her 12(b)(6) motion in its entirety, including Conte's request for this Court to apply the litigation privilege **[ECF No. 17]**.

**SO ORDERED.**

[2]

/s/ William G. Young
WILLIAM G. YOUNG
JUDGE
of the
UNITED STATES[1]

---

[1] This is how my predecessor, Peleg Sprague (D. Mass. 1841-1865), would sign official documents. Now that I'm a Senior District Judge I adopt this format in honor of all the judicial colleagues, state and federal, with whom I have had the privilege to serve over the past 46 years.

[3]