# UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

LAURA CONTE
Plaintiff

                                                 CIVIL ACTION
                                               NO. 24cv10605-WGY

        V.

ANASAZI MEDICAL PAYMENT SOLUTIONS, INC. ET AL
Defendants

## SETTLEMENT ORDER OF DISMISSAL

**YOUNG, D.J.**

The Court having been advised on November 14, 2024, that the above-entitled action has been settled.

**IT IS ORDERED** that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

                                                 By the Court,

November 15, 2024                            /s/Matthew A. Paine
Date                                        Deputy Clerk